**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JANETT YOLANA RAMIREZ** **PLAINTIFF**

**v.** **NO. 3:25-CV-234-RPC-RP**

**WIOSS SOUTH, LP** **DEFENDANTS**

**ORDER OF DISMISSAL**

On August 6, 2026, Magistrate Judge Percy entered an Order [40] requiring the Plaintiff to either retain counsel or notify the Court that she would be proceeding with her case *pro se* on or before September 7, 2026. Plaintiff was further ordered to show cause as to why her complaint should not be dismissed for failure to prosecute or comply with the Court's order setting a deadline for her to initiate arbitration proceedings [40]. Plaintiff has failed to show cause, and she has not notified the Court of her intention to proceed *pro se*, nor has an attorney entered an appearance on her behalf. Judge Percy's Order [40] explicitly stated that "[t]he Plaintiff is warned that if she fails to comply with this order, her complaint will be dismissed for failure to prosecute or to comply with the court's orders."

The Plaintiff has failed to take any action regarding the Show Cause Order [40]. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice**. *See* ***McCullough v. Lynaugh***, 835 F.2d 1126, 1127 (5th Cir. 1988). This case is **CLOSED**.

SO ORDERED, this the 22nd day of September, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**